# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Palmetto State Bank | ) | Civil Case No. 1:16-3800-JMC |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| Akeya Johnson | ) | |
| Defendant | ) | |
| | ) | |
| v. | ) | |
| Federal Deposit Insurance Corporation | ) | |
| as Receiver for Allendale County Bank | ) | |
| Counter-Defendant | ) | |

**JUDGMENT IN A CIVIL CASE**

It is adjudged that:

■ the plaintiff <u>Palmetto State Bank</u> recover from the defendant <u>Akeya Johnson</u> the amount of <u>Twenty Eight Thousand</u> dollars (<u>$28,000.00</u>).  Post-judgment interest shall run at the rate of <u>2.07</u> %.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs United States District Judge presiding.  The court having entered an order on a confession of judgment as to defendant Akeya Johnson.

Date:    April 10, 2018                                  *CLERK OF COURT*

                                                              s/Angie Snipes
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*